# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2019

## NO. 03-18-00609-CV

**Neurodiagnostic Consultants, LLC d/b/a Synaptic Resources of Austin, LLC, a Texas Limited Liability Company, Appellant**

**v.**

**Melody Nallia, an individual; Corey Villalobos, an individual; Bryan Bouillion, an individual; Lee Cobb, an individual; Traxx Medical Holdings, LLC, a Delaware Limited Liability Company; Traxx Blue, LLC, a Delaware Limited Liability Company; Traxx Connected, LLC, a Delaware Limited Liability Company; and Traxx Federated, LLC, a Delaware Limited Liability Company, Appellees**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on August 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.